**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-4498**

---

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

LASHAWN D. PULLIE,

            Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, Senior District Judge.  (2:23-cr-00041-AWA-RJK-1)

---

Submitted:  May 20, 2026                               Decided:  August 11, 2026

---

Before GREGORY, WYNN, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

**ON BRIEF:**  Alan H. Yamamoto, Alexandria, Virginia, for Appellant.  Erik S. Siebert, United States Attorney, James Reed Sawyers, Assistant United States Attorney, Graham M. Stolle, Special Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Defendant Lashawn Pullie appeals his conviction and sentence after pleading guilty to drug trafficking and firearm charges and choosing to represent himself at his sentencing hearing.

Many of the issues Pullie raises on appeal are foreclosed by a valid and enforceable appellate waiver. Of the issues that remain, we have reviewed the record and find no reversible error. Accordingly, we affirm his conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*